Case 1:20-cv-09911-VSB   Document 28   Filed 02/05/21   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
:
BANK OF AMERICA, N.A., :
:
                     Plaintiff, :
:            20-CV-9911 (VSB)
            -against- :
:              **ORDER**
:
CITY VIEW BLINDS OF N.Y. INC., et al., :
:
                   Defendants. :
------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/2021

VERNON S. BRODERICK, United States District Judge:

      On January 11, 2021, Plaintiff obtained a Clerk's Certificate of Default for Defendants City View Blinds of N.Y. Inc., Cosmopolitan Interior NY Corporation, JLM Decorating NYC Inc., Cosmopolitan Interior Florida Corp. and Moshe Gold (collectively, "Defendants"). (Doc. 25.) Plaintiff, however, did not thereafter move for a default judgment. On January 26, 2021, Defendants filed an answer. (Doc. 27.) Given that Defendants have answered, Plaintiff is directed to inform the Court if there is any reason not to vacate the Clerk's Certificate of Default. Accordingly, it is hereby

      ORDERED that Plaintiff is directed to inform the Court, by February 12, 2021, if there is any reason why the Clerk's Certificate of Default should not be vacated.

SO ORDERED.

Dated:    February 5, 2021
             New York, New York

                                                              Vernon S. Broderick
                                                              United States District Judge