# EXHIBIT "4"

PRIVATE CLIENT GROUP 821  
97 BROADWAY  
BROOKLYN, NY 11211

MOSHE GOLD OR                                       8-821  
RAIZY GOLD  
26 HEYWARD ST  
BROOKLYN NY  11249

See Back for Important Information

Primary Account: XXXXXX8641          0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| XXXXXX8641 | SIGNATURE CHECKING | 25.46 | 1,003,519.86 |
| | RELATIONSHIP TOTAL | | 1,003,519.86 |

PRIVATE CLIENT GROUP 821  
97 BROADWAY  
BROOKLYN, NY 11211

MOSHE GOLD OR                              8-821  
RAIZY GOLD  
26 HEYWARD ST  
BROOKLYN NY   11249

See Back for Important Information

Primary Account: XXXXXX8641            0

SIGNATURE CHECKING            XXXXXX8641

Summary

| | |
|---|---:|
| Previous Balance as of July   01, 2022 | 25.46 |
| 1 Credits | 1,003,494.40 |
| Ending Balance as of   July   31, 2022 | 1,003,519.86 |

Deposits and Other Credits

| | | |
|---|---|---:|
| Jul 28 | INCOMING WIRE | 1,003,494.40 |
| | REF#  20220728B6B7261F00498607281540FT03 | |
| | FROM: JOHN HANCOCK LIFE INSURANCE COMPAN  ABA:   026009593 | |
| | BANK: | |
| | OBI:  INSURED HELENA GOLD POLICY ULI/0002 66242 MOSHE GOLD | |
| | OBI: | |
| | OBI: | |

Daily Balances

| | | | | |
|---|---|---|---|---|
| Jun 30 | 25.46 | | Jul 28 | 1,003,519.86 |

```
************************************************************************
*                       *   Total for This   *      Total         *
*                       *       Period       *   Year-to-date     *
************************************************************************
* Total Overdraft Fees       *              .00 *              25.00 *
************************************************************************
* Total Returned Item Fees   *              .00 *                .00 *
************************************************************************
```

REDACTED

Signature Bank Doc  
Page 3593