EXHIBIT "5"

REDACTED
REDACTED
REDACTED
REDACTED

| | |
|---|---|
| **MSG_SOURCE_TYPE** | PPUSA |
| **Account No** | xxxxxx8641 |
| **Amount** | 5,312.22 |
| **Beneficiary** | BANK OF AMERICA |
| **BNF ADDR1** | 1950 N STEMMONS FWY STE 6020 |
| **BNF ADDR2** | DALLAS TX 75207 |
| **BNF ID** | xxxxxx8516 |
| **Branch ID** | 821 |
| **Country Code** | US |
| **Currency** | USD |
| **Direction** | O |
| **Fee** | 0.00 |
| **IMAD** | 20210629B6B7261F004632 |
| **MID** | 210629143011NM11 |
| **Msg Status** | COMPLETE |

**Redacted**                    Signature Bank Doc: 3686

| Field | Value |
|---|---|
| Msg Subtype | 00 |
| Msg Type | 10 |
| OBI | LOAN NUMBER 877986226 MOSHE GOLD |
| Office | 075 |
| OMAD | 20210629B6B7HU1R01472806291557FT03 |
| ORG ADDR1 | RAIZY GOLD |
| ORG ADDR2 | 26 HEYWARD STREET |
| ORG ADDR3 | BROOKLYN NY 11211 |
| ORG ID | xxxxxx8641 |
| ORG ID Code | AC |
| Originator | MOSHE GOLD OR |
| Paymt Method | FED |
| Paymt Source | MAN |
| Recv ABA | 026009593 |
| Recv Name | BK AMER NYC |
| Reference | 1970 |
| Sender ABA | 026013576 |
| Sender Name | SIGNATURE BANK |
| Spread Amnt | 0.00 |
| Time | 15:56:54 |
| UserID | MARTINEZ |
| Value Date | 06/29/2021 |
| Wire Date | 06/29/2021 |

| Field | Value |
|---|---|
| MSG_SOURCE_TYPE | PPUSA |
| Account No | xxxxxx8641 |
| Amount | 1,003,494.40 |
| Beneficiary | MOSHE GOLD |
| BNF ADDR1 | NEW YORK NY 11249 US |
| BNF ID | xxxxx8641 |
| Branch ID | 821 |
| Country Code | US |
| Currency | USD |
| Direction | I |
| Fee | 0.00 |
| IMAD | 20220728B6B7HU3R015969 |
| MID | 220728154041F200 |
| Msg Status | COMPLETE |
| Msg Subtype | 00 |
| Msg Type | 10 |
| OBI | INSURED HELENA GOLD POLICY ULI/0002 66242 MOSHE GOLD |
| Office | 075 |
| OGB ID | BOFAUS3NXXX |
| OMAD | 20220728B6B7261F00498607281540FT03 |
| ORG ADDR2 | 601 CONGRESS STREET BOSTON MA 02210 US |
| ORG ID | 000027980008 |
| ORG ID Code | AC |
| Originator | JOHN HANCOCK LIFE INSURANCE COMPANY |
| Paymt Method | FED |
| Recv ABA | 026013576 |
| Recv Name | SIGNATURE BANK |
| Reference | 2022072800481244 |
| Sender ABA | 026009593 |
| Sender Name | BK AMER NYC |
| Spread Amnt | 0.00 |
| Time | 17:05:31 |

**Redacted**  **Signature Bank Doc: 3687**

| | UserID | CONNELL |
|---|---|---|
| | Value Date | 07/28/2022 |
| | Wire Date | 07/28/2022 |

| REDACTED | REDACTED | | REDACTED | REDACTED |
|---|---|---|---|---|

Redacted  Signature Bank Doc: 3688