CAUTION: THIS DOCUMENT HAS NOT YET BEEN REVIEWED BY THE COUNTY CLERK. (See below.)
NYSCEF DOC. NO. 4

INDEX NO. UNASSIGNED
RECEIVED NYSCEF: 11/08/2022

**14.** **AUTHORIZATION.** The Assignor hereby authorizes Insurer to recognize the Assignee's claims to rights under this Assignment pursuant to the terms hereof, subject to the beneficial interest of Assignor as hereinabove set forth, without investigating the reason for any action taken by the Assignee, or the giving of any notice to the Assignor, or the application to be made by the Assignee of any amounts to be paid to the Assignee. Subject to the terms of this Assignment, the sole signature of the Assignee shall be sufficient for the exercise of any rights under the Insurance Policy assigned hereby, and the sole receipt by the Assignee of any sums shall be a full discharge and release therefor to the Insurer. Checks for all or any part of the sums payable under the Insurance Policy and assigned herein shall be paid to the exclusive order of the Assignee, subject to the beneficial interest of Owner as hereinabove set forth, if, when, and in such amounts as may be requested by the Assignee. The Insurer's payment to the Assignee pursuant to this Assignment fully releases the Insurer from any further obligation. Insurer assumes no responsibility for the validity of this Assignment.

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

Scanned with CamScanner

Signed this __22__ day of __May__, 20__15__

_____  _____(L.S.)
Witness                                    Moshe Gold, Assignor

_____  _____(L.S.)
Witness                                    Raizy Gold, Assignee

STATE OF NEW YORK   )
COUNTY OF KINGS     )   ss.:

On the __22__ day of __May__ in the year 20__15__, before me, the undersigned, a notary public in and for said state, personally appeared MOSHE GOLD and RAIZY GOLD, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) acted, executed the instrument.

_____
Notary Public

GIORGIO MAYER
Notary Public, State of New York
No. 01MA6051963
Qualified in Kings County
Commission Expires December 11, 2018

Scanned with CamScanner