**CAUTION: THIS DOCUMENT HAS NOT YET BEEN REVIEWED BY THE COUNTY CLERK. (See below.)**



SIGNATURE BANK
565 Fifth Avenue, 12th Floor
New York, NY 10017

```
Statement Period
From October   01, 2022
To   October   31, 2022
Page      1 of      2
```

PRIVATE CLIENT GROUP 821
97 BROADWAY
BROOKLYN, NY 11211

```
MOSHE GOLD OR                              8-821
RAIZY GOLD
26 HEYWARD ST
BROOKLYN NY   11249
```

See Back for Important Information

Primary Account: ████8641        0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████8641   SIGNATURE CHECKING | 3,600.00 | 3,600.00 |
| RELATIONSHIP TOTAL | | 3,600.00 |

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i))
which, at the time of its printout from the court system's electronic website, had not yet been reviewed and
approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject
filings for various reasons, readers should be aware that documents bearing this legend may not have been
accepted for filing by the County Clerk.

CAUTION: THIS DOCUMENT HAS NOT YET BEEN REVIEWED BY THE COUNTY CLERK. (See below.)    INDEX NO. UNASSIGNED
NYSCEF DOC. NO. 5                                                                      RECEIVED NYSCEF: 11/08/2022



**SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

```
Statement Period
From October   01, 2022
To   October   31, 2022
Page      2 of      2

PRIVATE CLIENT GROUP 821
97 BROADWAY
BROOKLYN, NY 11211
```

```
   MOSHE GOLD OR                                      8-821
   RAIZY GOLD
   26 HEYWARD ST
   BROOKLYN NY   11249
```

See Back for Important Information

Primary Account:      ████8641         0

SIGNATURE CHECKING          ████8641

Summary

  Previous Balance as of October   01, 2022                              3,600.00
  There was no deposit activity during this statement period
  Ending Balance as of   October   31, 2022                              3,600.00

```
****************************************************************************
*                              *   Total for This   *    Total              *
*                              *       Period       *  Year-to-date         *
****************************************************************************
* Total Overdraft Fees         *               .00  *           25.00       *
****************************************************************************
* Total Returned Item Fees     *               .00  *             .00       *
****************************************************************************
```

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i))
which, at the time of its printout from the court system's electronic website, had not yet been reviewed and
approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject
filings for various reasons, readers should be aware that documents bearing this legend may not have been
accepted for filing by the County Clerk.



```
                                                              Statement Period
                                                              From September 01, 2022
                                                              To   September 30, 2022
                                                              Page    1 of      2

                                                              PRIVATE CLIENT GROUP 821
                                                              97 BROADWAY
                                                              BROOKLYN, NY 11211


        MOSHE GOLD OR                              8-821
        RAIZY GOLD
        26 HEYWARD ST
        BROOKLYN NY   11249

                                                          See Back for Important Information

                                          Primary Account:        8641          0

            IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
            ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
            E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
            FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
            THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
            YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
            OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
            & SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
            IDENTITY AND PERSONAL INFORMATION.

   Signature Relationship Summary                 Opening Bal.              Closing Bal.
     BANK DEPOSIT ACCOUNTS
        8641        SIGNATURE CHECKING                3,600.00                 3,600.00
                    RELATIONSHIP TOTAL                                         3,600.00
```

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i))
which, at the time of its printout from the court system's electronic website, had not yet been reviewed and
approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject
filings for various reasons, readers should be aware that documents bearing this legend may not have been
accepted for filing by the County Clerk.



```
                                                            Statement Period
                                                            From September 01, 2022
                                                            To   September 30, 2022
                                                            Page      2 of       2

                                                            PRIVATE CLIENT GROUP 821
                                                            97 BROADWAY
                                                            BROOKLYN, NY 11211


       MOSHE GOLD OR                              8-821
       RAIZY GOLD
       26 HEYWARD ST
       BROOKLYN NY   11249

                                                        See Back for Important Information

                                              Primary Account:       8641             0


   SIGNATURE CHECKING                   8641



   Summary

    Previous Balance as of September 01, 2022                                  3,600.00

    There was no deposit activity during this statement period

    Ending Balance as of    September 30, 2022                                 3,600.00


 ************************************************************************
 *                            *   Total for This   *    Total             *
 *                            *       Period       *  Year-to-date        *
 ************************************************************************
 * Total Overdraft Fees       *              .00   *          25.00       *
 ************************************************************************
 * Total Returned Item Fees   *              .00   *            .00       *
 ************************************************************************
```

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i))
which, at the time of its printout from the court system's electronic website, had not yet been reviewed and
approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject
filings for various reasons, readers should be aware that documents bearing this legend may not have been
accepted for filing by the County Clerk.

CAUTION: THIS DOCUMENT HAS NOT YET BEEN REVIEWED BY THE COUNTY CLERK. (See below.)                                    INDEX NO. UNASSIGNED
NYSCEF DOC. NO. 5                                                                                                    RECEIVED NYSCEF: 11/08/2022



```
                                                              Statement Period
                                                              From August    01, 2022
                                                              To   August    31, 2022
                                                              Page      1 of      2

                                                              PRIVATE CLIENT GROUP 821
                                                              97 BROADWAY
                                                              BROOKLYN, NY 11211



        MOSHE GOLD OR                              8-821
        RAIZY GOLD
        26 HEYWARD ST
        BROOKLYN NY   11249

                                                              See Back for Important Information


                                            Primary Account:        8641           0

            IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
            ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
            E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
            FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
            THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
            YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
            OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
            & SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
            IDENTITY AND PERSONAL INFORMATION.

  Signature Relationship Summary                  Opening Bal.              Closing Bal.
     BANK DEPOSIT ACCOUNTS
         8641       SIGNATURE CHECKING              1,003,519.86              3,600.00
                    RELATIONSHIP TOTAL                                        3,600.00
```

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i))
which, at the time of its printout from the court system's electronic website, had not yet been reviewed and
approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject
filings for various reasons, readers should be aware that documents bearing this legend may not have been
accepted for filing by the County Clerk.

CAUTION: THIS DOCUMENT HAS NOT YET BEEN REVIEWED BY THE COUNTY CLERK. (See below.)



**SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                            Statement Period
                                            From August    01, 2022
                                            To   August    31, 2022
                                            Page     2 of      2

                                            PRIVATE CLIENT GROUP 821
                                            97 BROADWAY
                                            BROOKLYN, NY 11211


     MOSHE GOLD OR                              8-821
     RAIZY GOLD
     26 HEYWARD ST
     BROOKLYN NY   11249

                                         See Back for Important Information

                                      Primary Account:        8641           0

  SIGNATURE CHECKING             8641



  Summary
    Previous Balance as of August    01, 2022                    1,003,519.86
          1 Credits                                                  3,600.00
          1 Debits                                               1,003,519.86
    Ending Balance as of   August    31, 2022                        3,600.00

  Deposits and Other Credits
    Aug 02   MISC CREDIT     NY EIPA RULE                            3,600.00

  Withdrawals and Other Debits
    Aug 01   MISC DEBIT      RESTRAIN NTC                        1,003,519.86

  Daily Balances
    Jul 31          1,003,519.86               Aug 02        3,600.00
    Aug 01                   .00

****************************************************************
*                       *  Total for This  *    Total         *
*                       *      Period      *  Year-to-date    *
****************************************************************
* Total Overdraft Fees      *           .00 *           25.00 *
****************************************************************
* Total Returned Item Fees  *           .00 *             .00 *
****************************************************************
```

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.



```
                                              Statement Period
                                              From  July       01, 2022
                                              To    July       31, 2022
                                              Page       1 of       2

                                              PRIVATE CLIENT GROUP 821
                                              97 BROADWAY
                                              BROOKLYN, NY 11211
```

```
        MOSHE GOLD OR                              8-821
        RAIZY GOLD
        26 HEYWARD ST
        BROOKLYN NY   11249
                                                  See Back for Important Information

                                       Primary Account:        8641        0
```

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| 8641   SIGNATURE CHECKING | 25.46 | 1,003,519.86 |
| RELATIONSHIP TOTAL | | 1,003,519.86 |

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i))
which, at the time of its printout from the court system's electronic website, had not yet been reviewed and
approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject
filings for various reasons, readers should be aware that documents bearing this legend may not have been
accepted for filing by the County Clerk.



```
                                                        Statement Period
                                                        From July      01, 2022
                                                        To   July      31, 2022
                                                        Page    2 of      2

                                                        PRIVATE CLIENT GROUP 821
                                                        97 BROADWAY
                                                        BROOKLYN, NY 11211


       MOSHE GOLD OR                              8-821
       RAIZY GOLD
       26 HEYWARD ST
       BROOKLYN NY    11249

                                                          See Back for Important Information

                                                        Primary Account:        8641         0

  SIGNATURE CHECKING                    8641



  Summary
      Previous Balance as of July      01, 2022                                    25.46
            1 Credits                                                        1,003,494.40
      Ending Balance as of    July     31, 2022                              1,003,519.86

  Deposits and Other Credits
     Jul 28    INCOMING WIRE                                                 1,003,494.40
               REF#   20220728B6B7261F00498607281540FT03
               FROM: JOHN HANCOCK LIFE INSURANCE COMPAN  ABA:        9593
               BANK:
               OBI:   INSURED HELENA GOLD POLICY ULI/0002 66242 MOSHE GOLD
               OBI:
               OBI:

  Daily Balances
     Jun 30                25.46              Jul 28            1,003,519.86

 *****************************************************************************
 *                            *     Total for This   *     Total             *
 *                            *          Period      *     Year-to-date      *
 *****************************************************************************
 * Total Overdraft Fees       *              .00     *            25.00      *
 *****************************************************************************
 * Total Returned Item Fees   *              .00     *              .00      *
 *****************************************************************************
```

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

CAUTION: THIS DOCUMENT HAS NOT YET BEEN REVIEWED BY THE COUNTY CLERK. (See below.)       INDEX NO. UNASSIGNED
NYSCEF DOC. NO. 5                                                                          RECEIVED NYSCEF: 11/08/2022



Statement Period
From June    01, 2022
To   June    30, 2022
Page    1 of    2

PRIVATE CLIENT GROUP 821
97 BROADWAY
BROOKLYN, NY 11211

```
     MOSHE GOLD OR                                    8-821
     RAIZY GOLD
     26 HEYWARD ST
     BROOKLYN NY   11249
```

See Back for Important Information

Primary Account: ████8641         0

THE BANK HAS UPDATED ITS FEES AND SERVICE CHARGES INTO A COMBINED SCHEDULE
OF FEES AND SERVICE CHARGES FOR PERSONAL ACCOUNTS ("SCHEDULE").

THE SCHEDULE WILL GOVERN YOUR USE OF YOUR BANK ACCOUNT(S), ALONG WITH
BANKING PRODUCTS AND SERVICES. THE SCHEDULE REPLACES ALL PRIOR FEE
ARRANGEMENTS AND SCHEDULES IN EFFECT PRIOR TO SEPTEMBER 1, 2022 WHEN THIS
SCHEDULE BECOMES EFFECTIVE.

TO REVIEW THE UPDATED SCHEDULE, PLEASE VISIT SIGNATURE'S INTERNET BANKING
SITE, CONTACT YOUR PRIVATE CLIENT GROUP OR VISIT A BANK FINANCIAL CENTER.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████8641    SIGNATURE CHECKING | 5,382.40- | 25.46 |
|             RELATIONSHIP TOTAL | | 25.46 |

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i))
which, at the time of its printout from the court system's electronic website, had not yet been reviewed and
approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject
filings for various reasons, readers should be aware that documents bearing this legend may not have been
accepted for filing by the County Clerk.

CAUTION: THIS DOCUMENT HAS NOT YET BEEN REVIEWED BY THE COUNTY CLERK. (See below.)
NYSCEF DOC. NO. 5

INDEX NO. UNASSIGNED
RECEIVED NYSCEF: 11/08/2022



SIGNATURE BANK
565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                    Statement Period
                    From June      01, 2022
                    To   June      30, 2022
                    Page    2 of      2

                    PRIVATE CLIENT GROUP 821
                    97 BROADWAY
                    BROOKLYN, NY 11211
```

```
        MOSHE GOLD OR                         8-821
        RAIZY GOLD
        26 HEYWARD ST
        BROOKLYN NY   11249
```

                                                See Back for Important Information

                                    Primary Account:        8641            0

```
    SIGNATURE CHECKING                  8641
```

```
    Summary
      Previous Balance as of June    01, 2022                        5,382.40-
              2 Credits                                             103,397.86
              1 Debits                                                97,990.00
      Ending Balance as of   June    30, 2022                            25.46

    Deposits and Other Credits
      Jun 03    DEPOSIT                                             103,372.86
      Jun 22    FEE REVERSAL                                             25.00

    Withdrawals and Other Debits
      Jun 06    TRANSFER DR     TRANSFER DR  0                       97,990.00
                TRANSFER TO:     XXXXXX6998

    Daily Balances
      May 31         5,382.40-            Jun 06            .46
      Jun 03        97,990.46             Jun 22          25.46

    **********************************************************************
    *                         *   Total for This   *     Total           *
    *                         *       Period       *   Year-to-date      *
    **********************************************************************
    * Total Overdraft Fees    *              .00   *          25.00      *
    **********************************************************************
    * Total Returned Item Fees *             .00   *            .00      *
    **********************************************************************
```

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i))
which, at the time of its printout from the court system's electronic website, had not yet been reviewed and
approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject
filings for various reasons, readers should be aware that documents bearing this legend may not have been
accepted for filing by the County Clerk.



**SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                         Statement Period
                                         From May    01, 2022
                                         To   May    31, 2022
                                         Page    1 of     2

                                         PRIVATE CLIENT GROUP 821
                                         97 BROADWAY
                                         BROOKLYN, NY 11211
```

```
        MOSHE GOLD OR                         9-821
        RAIZY GOLD
        26 HEYWARD STREET
        BROOKLYN NY   11211
```

See Back for Important Information

Primary Account: ████8641        2

```
        IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
        ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
        E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
        FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
        THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
        YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
        OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
        & SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
        IDENTITY AND PERSONAL INFORMATION.
```

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████8641  SIGNATURE CHECKING | 3,712.60 | 5,382.40- |
| RELATIONSHIP TOTAL | | 5,382.40- |

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i))
which, at the time of its printout from the court system's electronic website, had not yet been reviewed and
approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject
filings for various reasons, readers should be aware that documents bearing this legend may not have been
accepted for filing by the County Clerk.

CAUTION: THIS DOCUMENT HAS NOT YET BEEN REVIEWED BY THE COUNTY CLERK. (See below.)



**SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From May 01, 2022
To   May 31, 2022
Page    2 of    2

PRIVATE CLIENT GROUP 821
97 BROADWAY
BROOKLYN, NY 11211

MOSHE GOLD OR                               9-821
RAIZY GOLD
26 HEYWARD STREET
BROOKLYN NY   11211

See Back for Important Information

Primary Account: ▉▉▉8641          2

SIGNATURE CHECKING            ▉▉▉8641

Summary
 Previous Balance as of May    01, 2022                              3,712.60
         2 Debits                                                    9,095.00
 Ending Balance as of   May    31, 2022                              5,382.40-

Checks by Serial Number
 May 11       792          695.00       May 19      795 *       8,400.00

         * Indicates break in check sequence

 Daily Balances
  Apr 30        3,712.60                May 19        5,382.40-
  May 11        3,017.60

```
***********************************************************************
*                      *    Total for This    *      Total             *
*                      *        Period        *    Year-to-date        *
***********************************************************************
* Total Overdraft Fees       *          .00   *         25.00          *
***********************************************************************
* Total Returned Item Fees   *          .00   *           .00          *
***********************************************************************
```

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i))
which, at the time of its printout from the court system's electronic website, had not yet been reviewed and
approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject
filings for various reasons, readers should be aware that documents bearing this legend may not have been
accepted for filing by the County Clerk.