UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BANK OF AMERICA, N.A.,

            Plaintiff,

-v-

CITY VIEW BLINDS OF N.Y. INC., et al.,

            Defendants.

CIVIL ACTION NO. 20 Civ. 9911 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic conference held today, February 26, 2024, the Court orders as follows:

1. The parties are directed to proceed with the deposition of Defendant Moshe Gold. To the extent issues arise with respect to Mr. Gold's deposition or additional post-judgment discovery requests, those issues may be raised to the Court in a manner consistent with the Court's Individual Rules and Practices in Civil Cases.

2. This case remains closed.

3. Either party may order a transcript of today's conference by completing the annexed transcript request form and submitting the request to etranscripts@nysd.uscourts.gov.

Dated:    New York, New York
           February 26, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | ○ | 3 Day $6.55 | ○ | 7 Day $5.85 | ○ | 14 Day $5.10 | ○ | 30 Day $4.40 | ○ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

[ RESET ]  [ PRINT ]  [ SAVE ]  [ EMAIL ]