UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BANK OF AMERICA, N.A.,

                              Plaintiff,

        -v-

CITY VIEW BLINDS OF N.Y. INC., et al.,

                              Defendants.

CIVIL ACTION NO. 20 Civ. 9911 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On February 21, 2025, Plaintiff Bank of America, N.A. ("BoA") filed a motion seeking two forms of relief: (1) appointment of a receiver to "administer, collect, and/or sell any non-exempt real or personal property" owned by City View Blinds of N.Y. Inc., Cosmopolitan Interior NY Corporation, JLM Decorating NYC Inc., Cosmopolitan Interior Florida Corp., and Moshe Gold (together, the "Judgment Debtors"); and (2) an order "restraining the Judgment Debtors from selling, transferring, pledging, assigning, or otherwise disposing of any assets[.]" (ECF Nos. 88–92 (the "Motion")).

The Motion arises under Federal Rule of Civil Procedure 69 and N.Y. C.P.L.R. § 5228, which requires "notice [of such a motion] to be given to the judgment debtor and to any other judgment creditors of the judgment debtor." N.Y. C.P.L.R. § 5228. The docket does not reflect that BoA has served the Judgment Debtors with the Motion or its supporting materials. Accordingly, BoA shall serve the Motion and its supporting papers on Defendants by **Friday, February 28, 2025** and file proof of service on the docket. Defendants shall file any opposition to the Motion by **Friday, March 14, 2025**. BoA must file any reply by **Friday, March 21, 2025**.

Dated:          New York, New York
                February 24, 2025

                                SO ORDERED.

                                _____
                                **SARAH L. CAVE**
                                **United States Magistrate Judge**