UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> -v- <br><br> CITY VIEW BLINDS OF N.Y. INC., <u>et al.</u>, <br><br> Defendants. | CIVIL ACTION NO. 20 Civ. 9911 (SLC) <br><br> **<u>ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference to discuss Plaintiff's request to appoint a receiver (<u>see</u> ECF Nos. 88–92) is scheduled for **Thursday, May 22, 2025 at 10:00 a.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:    New York, New York
          May 16, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**