

# OVED & OVED
ATTORNEYS

July 17, 2025

**VIA CM/ECF**

The Honorable Sarah L. Cave
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, New York 10007

> Defendants' request at ECF No. 105 is GRANTED. The conference scheduled on July 28, 2025 is ADJOURNED to **Monday, August 25, 2025 at 10:30 a.m.** and will take place in person in Courtroom 18A, 500 Pearl Street, New York, NY. The parties are directed to refer to the Court's prior scheduling order at ECF No. 104 for instructions on requesting permission to bring an electronic device into the Courthouse.
>
> The Clerk of Court is respectfully directed to close ECF No. 105.
>
> SO ORDERED    7/18/25
>
> SARAH L. CAVE
> United States Magistrate Judge

Re: *Bank of America, N.A. v. City View Blinds of N.Y. Inc., et al.*, Case No. 20-cv-09911-SLC

Dear Judge Cave:

    This law firm represents Defendants City View Blinds of N.Y. Inc., Cosmopolitan Interior NY Corporation, JLM Decorating NYC Inc., Cosmopolitan Interior Florida Corp., and Moshe Gold (collectively, "Defendants") in the above-referenced action. Pursuant to Section I(D) of Your Honor's Individual Practices in Civil Cases, we write respectfully to request that the Court adjourn the conference currently scheduled for July 28, 2025 to the week of August 25, 2025, or a date thereafter convenient to the Court.

    We request this brief adjournment based on counsel's conflicting professional and personal commitments in other matters. Specifically, the undersigned is scheduled to appear at an in-person hearing in Arizona from July 28 through at least July 30. While counsel initially anticipated that this hearing would be postponed, it is scheduled to proceed on time. Likewise, co-counsel is occupied with other matters, including court appearances, time-sensitive briefing deadlines, and longstanding vacation plans. Defendants have not previously sought an extension of this deadline, and Plaintiff consents to this proposed extension.

    We thank the Court for its attention to this matter.

Respectfully submitted,

Andrew L. Kincaid

cc: All Counsel of Record (*via ECF*)