UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BANK OF AMERICA, N.A.,

                Plaintiff,

-v-

CITY VIEW BLINDS OF N.Y. INC., et al.,

                Defendants.

CIVIL ACTION NO. 20 Civ. 9911 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    Pursuant to telephonic conference held today, September 30, 2025, the Court ORDERS the parties to meet and confer and file a joint letter by **Thursday, October 30, 2025** advising the Court whether the parties wish to be referred to the Court Annexed Mediation Program or whether Plaintiff wishes to move to compel. If Plaintiff intends to move to compel, the parties shall propose a briefing schedule in the joint letter.

Dated:      New York, New York
              September 30, 2025

                                            SO ORDERED.

                                            _____
                                            **SARAH L. CAVE**
                                            **United States Magistrate Judge**